IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PER SUNE ALFTIN,

    Petitioner,

v.

THOMAS D. HOMAN, in his official capacity, Acting Director, United States Immigration and Customs Enforcement, United States Department of Homeland Security, DAVID JENNINGS, in his official capacity, San Francisco Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement, and JOHN KELLY, in his official capacity, Secretary of Homeland Security,

    Respondents.

No. C 17-01052 WHA

**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

This order **SETS** a hearing on petitioner's motion for a temporary restraining order for **MARCH 7, AT 1:00 P.M.** This hearing is conditioned on petitioner effecting service of the summons, complaint, motion for a temporary restraining order and all supporting documents, and this order by **MARCH 2 AT NOON**. The government shall please respond, in writing, by **MARCH 6 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE