UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>PER SUNE ALFTIN,<br><br>                Defendant. | Case No. 16-cr-00239-SI-1<br><br>Case No. 17-cv-1052-WHA<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES; RESCHEDULING HEARING ON TEMPORARY RESTRAINING ORDER TO MARCH 7, 2017 AT 4PM; EXTENDING DEADLINE FOR DEFENDANT TO SELF-SURRENDER TO MARCH 10, 2017**<br><br>Re: Dkt. Nos. 21, 22 |
|---|---|

The Court finds that *Alftin v. Kelly et al.*, C 17-1052 WHA is related to *United States of America v. Alftin*, CR 16-239 SI, and accordingly GRANTS defendant Alftin's administrative motion to relate the cases.

A hearing on the temporary restraining order in *Alftin v. Kelly et al.*, C 17-1052 is currently scheduled for March 7, 2017 at 1 p.m. before Judge Alsup. The Court reschedules the hearing to **March 7, 2017 at 4 p.m.**, before the undersigned judge. The government's response remains due by **noon on March 6, 2017**.

Defendant's voluntary surrender date is extended from March 8, 2017 to **March 10, 2017**.

**IT IS SO ORDERED**.

Dated: March 2, 2017

                                                            SUSAN ILLSTON<br>
                                                           United States District Judge