UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PER SUNE ALFTIN,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN F. KELLY, *et al*.,<br><br>        Defendants. | Case No. 17-cv-01052-SI<br><br>Related Case No. 16-cr-00239 SI<br><br>**JUDGMENT** |

Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 13, 2017

_____
SUSAN ILLSTON
United States District Judge